

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00178-CR

Francisco S. **MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6358
Honorable Mary D. Román, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 11, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice